UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON WILMOT, <br><br> Plaintiff, <br><br> v. <br><br> FACTORTRUST INC, <br><br> Defendant. | CASE NO. 2:25-cv-01272-JHC <br><br> ORDER |

    Before the Court is Plaintiff's Motion for Leave to File Reply to Defendant's Answer. Dkt. # 10. The motion is unopposed. The Court GRANTS the motion. Plaintiff may file such a reply on or before September 3, 2025.

    Dated this 13th day of August, 2025.

John H. Chun
United States District Judge

ORDER - 1