1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

6

AARON WILMOT,
    Plaintiff,

CASE NO. 2:25-cv-01272-JHC

7
8

    vs.

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT FACTORTRUST, INC.**

9

FACTORTRUST, INC.,
    Defendant.

10
11

Plaintiff Aaron Wilmot ("Plaintiff"), *Pro Se*, and Defendant FactorTrust, Inc.

12

("FactorTrust"), by counsel, hereby stipulate and agree that all matters herein between them have

13

been compromised and settled, and that Plaintiff's cause against FactorTrust should be dismissed,

14

with prejudice, with each party to bear its own costs and attorneys' fees.

15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
(2:25-cv-01272-JHC)**

Respectfully submitted,

Date:    January 13, 2026              */s/ Aaron Wilmot (w/consent)*
                                      Aaron Wilmot
                                      15711 4th Avenue South, #14
                                      Burien, WA  98148
                                      aaronwilmot26@gmail.com

                                      *Pro Se Plaintiff*


Date:    January 13, 2026              */s/ William M. Huse*
                                      William M. Huse, Esq. (IN #31622-49)
                                        (admitted *Pro Hac Vice*)

                                      *Lead Counsel for Defendant FactorTrust,
                                      Inc.*


                                      Nicholas Ranallo, Esq.
                                        WA State Bar No. 51439

                                      *Local Counsel for Defendant FactorTrust,
                                      Inc.*

1

2                                    **ORDER**

3      IT IS SO ORDERED.

4      Dated this 13th day of January, 2026.

5

6                              _____
                               John H. Chun
7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL WITH**
**PREJUDICE - 3**
**(2:25-cv-01272-JHC)**